USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS BERNSTEIN, ELAINE INGULLI, TERRY HALBERT, EDWARD ROY, LOUIS PENNER, and ROSS PARKE, as personal representative of THE ESTATE OF ALISON CLARKE-STEWART, on behalf of themselves and others similarly situated,

　　　　　　Plaintiffs,

　-against-

CENGAGE LEARNING, INC.,

　　　　　　Defendant.

No. 19 Civ. 7541 (ALC)

STIPULATION

---

IT IS HEREBY STIPULATED AND AGREED, by the parties to the above-captioned action, that the time for defendant Cengage Learning, Inc. to answer or otherwise respond to the complaint is extended to October 10, 2019.

Dated: August 30, 2019

| SUSMAN GODFREY L.L.P. | SATTERLEE STEPHENS LLP |
|---|---|
| By: */s/ Chanler A. Langham*<br>Chanler A. Langham<br><br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>(713) 651-9366<br><br>*Counsel for Plaintiffs* | By: */s/ Jennifer Philbrick McArdle*<br>James F. Rittinger<br>Glenn C. Edwards<br>Andrew L. Fish<br>Jennifer Philbrick McArdle<br><br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>(212) 818-9200<br><br>*Counsel for Defendant* |

SO ORDERED: /s/ Andrew L. Carter, Jr.
_____
Hon. Andrew L. Carter, Jr., U.S.D.J.

9/3/19

3285527_3