USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, ELAINE INGULLI, TERRY HALBERT, EDWARD ROY, LOUIS PENNER, and ROSS PARKE, as personal representative of THE ESTATE OF ALISON CLARKE-STEWART, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>CENGAGE LEARNING, INC.<br><br>Defendant. | Civil Action No. 19-cv-7541-ALC<br><br>**ORDER ON MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Steven G. Sklaver for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the State Bars of California, Colorado and Illinois and that his contact information is as follows:

Steven G. Sklaver
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Douglas Bernstein, Elaine Ingulli, Terry Halbert, Edward Roy, Louis Penner, and Ross Parke, as personal representative of The Estate of Alison Clarke-Stewart, on behalf of themselves and others similarly situated in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local

6784500v1/016320

Rules of this Court, including the Rules governing discipline of attorneys. Because this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov if counsel does not already have an ECF password and system access. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: September 4, 2019

_____
Honorable Andrew L. Carter, Jr.