UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAFTON H. HULL, JR.,<br><br>                    Plaintiff,<br><br>  -against-<br><br>CENGAGE LEARNING HOLDINGS II, INC., et al.,<br><br>                    Defendants. | No. 19 Civ. 7662 (ALC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Defendants Cengage Learning Holdings II, Inc. and Cengage Learning, Inc. in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon the undersigned.

Dated: September 6, 2019

                                          SATTERLEE STEPHENS LLP

                                          /s/Glenn C. Edwards
                                          Glenn C. Edwards

                                          230 Park Avenue, Suite 1130
                                          New York, NY 10169-0079
                                          (212) 818-9200
                                          (212) 818-9606/7 (fax)

                                          *Attorneys for Defendants*

3289991_1