UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CENGAGE LEARNING, INC., <br><br> Defendant. | No. 19 Civ. 7541 (ALC) <br><br> **DEFENDANT'S RULE 7.1 STATEMENT** |

Defendant Cengage Learning, Inc. ("Learning"), pursuant to Fed. R. Civ. P. 7.1, states as follows:

1. Learning is an indirect wholly-owned subsidiary of Cengage Learning Holdings II, Inc. ("Holdings").

2. Holdings is not publicly traded. KKR Asset Management, a subsidiary of KKR & Co. Inc., which is publicly traded on the New York Stock Exchange, owns 10% or more of the stock of Holdings.

Dated: September 6, 2019

                                            SATTERLEE STEPHENS LLP

                                            /s/Glenn C. Edwards
                                            James F. Rittinger
                                            Glenn C. Edwards Jennifer
                                            Philbrick McArdle
                                            Andrew L. Fish

                                            230 Park Avenue, Suite 1130
                                            New York, NY 10169-0079
                                            (212) 818-9200
                                            (212) 818-9606/7 (fax)

                                            *Attorneys for Defendant*

3289951_1