UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al.,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>CENGAGE LEARNING, INC.,<br><br>                    Defendant. | No. 19 Civ. 7541 (ALC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Defendant Cengage Learning, Inc. in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon the undersigned.

Dated:  September 6, 2019

                                                SATTERLEE STEPHENS LLP

                                                /s/ Andrew L. Fish
                                                Andrew L. Fish

                                                230 Park Avenue, Suite 1130
                                                New York, NY 10169-0079
                                                (212) 818-9200
                                                (212) 818-9606/7 (fax)

                                                *Attorneys for Defendant*