UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al., | No. 19 Civ. 7541 (ALC) |
| Plaintiffs, | |
| -against- | **NOTICE OF APPEARANCE** |
| CENGAGE LEARNING, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Defendant Cengage Learning, Inc. in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon the undersigned.

Dated: September 6, 2019

SATTERLEE STEPHENS LLP

/s/ James F. Rittinger
James F. Rittinger

230 Park Avenue, Suite 1130
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606/7 (fax)

*Attorneys for Defendant*

3290024_1