USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS BERNSTEIN,
*on behalf of themselves and others similarly situated, ET AL.,*

                              Plaintiffs,

           -against-

CENGAGE LEARNING, INC.,

                              Defendant.

1:19-cv-07541 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

Pursuant to the pre-motion conference held on November 21, 2019, the Parties are hereby

ORDERED to adhere to the following briefing schedule:

| | |
|---|---|
| Motion to Dismiss: | December 20, 2019 |
| Opposition to Motion: | January 21, 2020 |
| Reply to Opposition | January 30, 2020 |

SO ORDERED.

Dated: November 21, 2019
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge