SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

ROHIT NATH
DIRECT DIAL (310) 789-3138

E-MAIL RNATH@SUSMANGODFREY.COM

December 11, 2020

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

We write on behalf of Plaintiffs Douglas Bernstein, Elaine Ingulli, Terry Halbert, Edward Roy, Louis Penner, and Ross Parke, as personal representative of the Estate of Alison Clarke-Stewart ("Plaintiffs"). Pursuant to the terms of the Stipulated Protective Order (Dkt. 49, ¶ 10) and your Honor's Individual Practice I.G.2., we respectfully seek leave to file the following documents with redactions:

- **Exhibit A** to Plaintiffs' Motion for Leave to File a First Amended Class Action Complaint – Plaintiffs' proposed First Amended Class Action Complaint; and

- **Exhibit B** to Plaintiffs' Motion for Leave to File a First Amended Class Action Complaint – a redline reflecting the changes between Plaintiffs' original Class Action Complaint and Plaintiffs' proposed First Amended Class Action Complaint.

Both documents set forth allegations that rely on documents Defendant Cengage Learning, Inc. has designated as "Confidential" pursuant to Paragraph 1 of the Stipulated Protective Order (Dkt. 49), and Cengage has requested that such allegations be redacted.

December 11, 2020
Page 2

      Plaintiffs also seek leave to file in redacted form their Memorandum of Law in Support of Plaintiffs' Motion for Leave to File First Amended Class Action Complaint. Plaintiffs' Memorandum of Law contains redacted references to allegations in Plaintiffs' proposed First Amended Class Action Complaint that Cengage requests be redacted.

      Plaintiffs will file unredacted versions of the documents identified above via ECF using the "Selected Parties" viewing level. Plaintiffs take no position as to whether redactions are appropriate, but Plaintiffs do not oppose Cengage's request that the foregoing documents be filed with redactions.

      Respectfully,

      */s/ Rohit D. Nath*

      Rohit Nath

cc:    All attorneys of record, via ECF

---

Plaintiffs' Letter-Motion (ECF No. 60) for leave to redact confidential information from their proposed First Amended Class Action Complaint ("Proposed Complaint") and memorandum of law is GRANTED. Plaintiffs should file a redacted copy of the Proposed Complaint publicly on ECF by **Friday, December 18, 2020.**

The Clerk of Court is respectfully directed to close ECF No. 60.

SO-ORDERED 12/14/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge