
| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | **Duane Morris®** | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | JENNIFER PHILBRICK MCARDLE | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8763 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | E-MAIL: JPMcArdle@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | |
| AUSTIN | | |
| HANOI | | |
| HO CHI MINH CITY | | |

> Application GRANTED. The parties shall file the proposed case management plan by the earlier date of July 9, 2021, or fourteen days after a decision on Defendant Cengage Learning, Inc.'s objection (ECF No. 97) to the Report & Recommendation (ECF No. 94).
>
> The Clerk of Court is respectfully directed to close ECF No. 96.
>
> SO-ORDERED 5/7/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

May 6, 2021

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>**Bernstein et al v. Cengage Learning, Inc., Case No. 1:19-cv-07541-ALC-SLC**</u>

Dear Magistrate Judge Cave:

      Defendant Cengage Learning, Inc. submits this letter motion to respectfully request, with the consent of Plaintiffs, the adjournment of a deadline set in the Court's Interim Scheduling Order (Dkt. 71) (the "Order"). In particular, the Order provides that, "[w]ithin fourteen (14) days of the undersigned's decision on the Motion for Leave to File a First Amended Complaint," the parties shall "submit a proposed Case Management Plan and Scheduling Order." Order at ¶ 5. Your Honor issued the decision contemplated by that Order on April 22, 2021 in the form of a Report and Recommendation to Judge Carter (the "R&R," see Dkt. 95), which would set the deadline for the submission of a proposed case management plan as May 6, 2021.

      Cengage intends to file an objection with respect to that R&R. Although Plaintiffs do not intend to file any objection to the R&R, the parties have agreed to request an adjournment of the deadline for a case management plan and scheduling order until the earlier of fourteen (14) days after a decision with respect to the R&R by Judge Carter, or July 9, 2021. In the event Judge Carter has not issued such a decision by July 9, 2021, both parties reserve all rights and arguments with respect to whether a case management plan and scheduling order is appropriate as of that date. The parties have agreed to this proposed adjournment in an effort to avoid a dispute while Judge Carter reviews Cengage's objection.

DUANE MORRIS LLP

230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079      PHONE: +1 212 818 9200   FAX: +1 212 818 9606



No previous requests for an adjournment of this deadline have been made.

Respectfully submitted,

Jennifer Philbrick McArdle

cc: All attorneys of record, via ECF