# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 1019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

May 21, 2021

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**   ***Bernstein v. Cengage Learning, Inc.***, **Case No. 1:19-cv-07541-ALC-SLC**
**– Joint Request for Adjournment of May 24, 2021 Status Conference**

Dear Magistrate Judge Cave:

Plaintiffs in the above-captioned action write, with the consent of defense counsel, to respectfully request that the Court adjourn the telephonic conference set for Monday, May 24, 2021, at 11:00am. *See* Dkt. 89. The parties have met and conferred concerning the issues raised at the April 7, 2021 discovery conference and described in the Court's April 7, 2021 Order. In particular, the parties have discussed issues relating to matching publishing agreements to works available on MindTap. *See* Dkt. 89. The parties continue to discuss and work through those issues and Plaintiffs believe it would be helpful to have additional time to do so. While the Court's Individual Practices generally require requests for adjournment be made more than 72 hours in advance of the scheduled conference, Plaintiffs believe it would be a more efficient and productive use of time and resources for the parties to further meet and confer rather than having a conference at this time.

Plaintiffs therefore respectfully request that the Court adjourn the May 24, 2021 conference until Wednesday, June 16, Thursday, June 17, or a date convenient for the Court. No previous requests for an adjournment of this conference have been made.

Respectfully submitted,

Alexander W. Aiken

Cc:     All counsel or record

The parties' letter-motion seeking an adjournment of the May 24, 2021 status conference (ECF No. 105) is GRANTED, and the conference is ADJOURNED to **Wednesday, June 16, 2021 at 2:00 pm** on the Court's conference line.  The parties are directed to call (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 105.

SO-ORDERED 5/21/2021

SARAH L. CAVE
United States Magistrate Judge