# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

June 14, 2021

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC – Joint Request for Cancellation of June 16, 2021 Status Conference**

Dear Magistrate Judge Cave:

The parties to the above-captioned action write to respectfully request that the Court cancel the telephonic conference set for Wednesday, June 16, 2021, at 2:00 pm. *See* Dkt. 106. Plaintiffs have informed Cengage that they are not requesting additional information relating to a sample of MindTap works pursuant to Paragraph 3 of the Court's April 7, 2021 Order (Dkt. 89) at this time, and, as such, the parties have met and conferred and agree that there are no active disputes that need to be discussed with the Court. This conference was previously adjourned from May 24, 2021 at the request of the parties. No other requests for an adjournment or cancellation of this conference have been made.

Respectfully submitted,

*/s/ Alexander W. Aiken*

Alexander W. Aiken

Cc: All counsel or record

---

The parties' joint letter-motion requesting a cancellation of the June 16, 2021 telephone conference (ECF No. 107) is GRANTED, and the conference is CANCELLED.

The Clerk of Court is respectfully directed to close ECF No. 107.

SO ORDERED 6/15/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge