

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | JENNIFER PHILBRICK MCARDLE | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8763 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | E-MAIL: JPMcArdle@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

July 7, 2021

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Bernstein et al v. Cengage Learning, Inc., Case No. 1:19-cv-07541-ALC-SLC</u>

Dear Magistrate Judge Cave:

      Defendant Cengage Learning, Inc. submits this letter motion to respectfully request, with the consent of Plaintiffs, the further adjournment of a deadline set in the Court's Interim Scheduling Order (Dkt. 71) (the "Order"). In particular, the Order provided that, "[w]ithin fourteen (14) days of the undersigned's decision on the Motion for Leave to File a First Amended Complaint," the parties shall "submit a proposed Case Management Plan and Scheduling Order" (the "CMP Submission Date"). Order at ¶ 5. Your Honor issued the decision contemplated by that Order on April 22, 2021 in the form of a Report and Recommendation to Judge Carter (the "R&R," *see* Dkt. 95), which set the CMP Submission Date as May 6, 2021.

      Cengage filed an objection to the R&R before Judge Carter, and, at the request of the parties, Your Honor previously granted one adjournment of the CMP Submission Date to the earlier of fourteen (14) days after a decision with respect to the R&R by Judge Carter, or July 9, 2021. *See* Dkt. 98 (May 7, 2021). Judge Carter has not yet issued a decision on Cengage's objection, and the parties have agreed to a proposed adjournment in a further effort to avoid a dispute while Judge Carter reviews Cengage's objection.



Hon. Sarah L. Cave
July 7, 2021
Page 2

   The parties thus request an adjournment to the CMP Submission Date to the earlier of fourteen (14) days after a decision with respect to the R&R by Judge Carter, or September 7, 2021. In the event Judge Carter has not issued such a decision by September 7, 2021, both parties reserve all rights and arguments with respect to whether a case management plan and scheduling order is appropriate as of that date.

               Respectfully submitted,

               Jennifer Philbrick McArdle

cc:  All attorneys of record, via ECF

---

The parties' letter-motion requesting an adjournment of the proposed Case Management Plan submission deadline ("Proposed CMP") (ECF No. 109) is GRANTED. The parties shall submit the Proposed CMP by "the earlier of fourteen (14) days after a decision with respect to the R&R by Judge Carter, or September 7, 2021."

The Clerk of Court is respectfully directed to close ECF No. 109.

SO ORDERED 7/8/2021

---

SARAH L. CAVE
United States Magistrate Judge