## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

October 8, 2021

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

We write on behalf of Plaintiffs Douglas Bernstein, Elaine Ingulli, Terry Halbert, Edward Roy, Louis Penner, and Ross Parke, as personal representative of the Estate of Alison Clarke-Stewart ("Plaintiffs"). Pursuant to the terms of the Stipulated Protective Order (Dkt. 49, ¶ 10) and your Honor's Individual Practice I.G.2., we respectfully seek leave to file Plaintiffs' First Amended Class Action Complaint under seal. Plaintiffs' First Amended Class Action Complaint sets forth allegations that rely on documents Defendant Cengage Learning, Inc. has designated as "Confidential" pursuant to Paragraph 1 of the Stipulated Protective Order (Dkt. 49), and Cengage has previously requested that such allegations be redacted. Plaintiffs will file an unredacted version of their First Amended Class Action Complaint via ECF using the "Selected Parties" viewing level. Plaintiffs take no position as to whether redactions are appropriate.

Respectfully submitted,

*/s/ Alexander W. Aiken*

Alexander W. Aiken

Cc:   All counsel or record

---

Plaintiffs' letter-motion to seal (ECF No. 119) is GRANTED, and ECF No. 120 shall remain under seal. The Clerk of Court is respectfully directed to limit access to ECF No. 120 to the case participants and Court users, and to close ECF No. 119.

SO ORDERED 10/12/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge