UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNSTEIN, et al.,

            Plaintiffs,

-v-

CENGAGE LEARNING, INC.,

            Defendant.

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the pre-motion conference held today, May 12, 2022, by **May 19, 2022**, Plaintiffs shall serve on Defendant their amended Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Dated:    New York, New York
            May 12, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**