**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 |
| (713) 651-9366 | (310) 789-3100 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

---

> Plaintiffs' letter-motion seeking to file under seal Plaintiffs' letter-motion concerning Defendant Cengage Learning, Inc.'s privilege logs and accompanying exhibits (ECF No. 147) is GRANTED, and the documents at ECF No. 148 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 147.
>
> SO ORDERED 09/07/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

---

September 6, 2022

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

We write on behalf of Plaintiffs Douglas Bernstein, Elaine Ingulli, Terry Halbert, Edward Roy, Louis Penner, and Ross Parke, as personal representative of the Estate of Alison Clarke-Stewart ("Plaintiffs"). Pursuant to the terms of the Stipulated Protective Order (Dkt. 49, ¶ 10) and your Honor's Individual Practice I.G.2., we respectfully seek leave to file 1) Plaintiffs' letter motion concerning Cengage's privilege logs with redactions and 2) accompanying exhibits under seal. Plaintiffs' letter motion quotes documents—the attached exhibits—that Cengage has designated as "Confidential" or "Attorney's Eyes Only." Plaintiffs will file unredacted versions via ECF using the "Selected Parties" viewing level. Plaintiffs take no position as to whether redactions or sealing are appropriate.

Respectfully submitted,

/s/ Alexander W. Aiken

Alexander W. Aiken

Cc:   All counsel or record