| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MICHAEL H. GIBSON | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8726 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* MHGibson@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |

> Defendant's letter-motion seeking to file under seal Defendant's exhibit in support of Defendant's response letter (ECF No. 153) is GRANTED, and the document at ECF No. 154-1 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 153.
>
> SO ORDERED 09/12/22
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

September 9, 2022

VIA ECF:

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Bernstein, et al. v. Cengage Learning, Inc.*, No. 19 Civ. 7541 (ALC) (SLC)

Dear Magistrate Judge Cave:

We write on behalf of Defendant Cengage Learning, Inc. ("Cengage"). Pursuant to the Stipulated Protective Order (Dkt. # 49) and the Court's Individual Practices in Civil Cases ¶ I.G.2., we respectfully seek leave to file under seal an exhibit accompanying Cengage's response to Plaintiffs' Letter Motion for a Rule 37.2 Conference (Dkt. # 149). Plaintiffs have designated the attached exhibit "Confidential." Cengage will file the exhibit via ECF using the "Selected Parties" viewing level. Cengage takes no position as to whether sealing is appropriate.

Respectfully submitted,

*Michael H. Gibson*

Michael H. Gibson

MHG

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130    NEW YORK, NY 10169-0079    PHONE: +1 212 818 9200    FAX: +1 212 818 9606