UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNSTEIN, et al.,

                              Plaintiffs,


         -v-


CENGAGE LEARNING, INC.,

                              Defendant.

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephonic discovery conference will be held on **Friday, November 4, 2022 at 10:00 a.m.** on the court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss the discovery issues outlined in Defendant's pre-motion letters.  (See ECF Nos. 162; 165).

Dated:      New York, New York          SO ORDERED.
            October 18, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**