# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

> The <u>telephonic</u> discovery conference scheduled for **Friday, November 4, 2022 at 10:00 a.m.** will proceed as scheduled to discuss the discovery issues raised in Defendants' letter at ECF No. 162.  (ECF No. 178).  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 165 and 179.
>
> SO ORDERED 10/18/22
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

October 18, 2022

VIA ECF

The Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   *Bernstein, et al. v. Cengage Learning, Inc.*, Case No. 19-cv-7541-ALC-SLC

Your Honor:

      Defendant Cengage Learning, Inc. withdraws its request for a pre-motion conference to discuss its previously anticipated motion to compel responses to Cengage's Interrogatory Nos. 4 and 5 (Dkt. 165).  The parties have resolved their dispute.

      Specifically, Plaintiffs have agreed to supplement the responses to Interrogatory Nos. 4 and 5 to identify the principal people and facts responsive to those Interrogatories by November 4, 2022.  This is without prejudice to Cengage's ability to make any motions or arguments based on those supplemental responses, including for failure to comply with this agreement.

      Thank you for your attention to this matter.

Sincerely,

Christopher Chorba