UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNSTEIN, et al.,

                            Plaintiffs,

            -v-                                            CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

                                                                          **ORDER**
CENGAGE LEARNING, INC.,

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, November 4, 2022 (the "Conference"),

the Court orders as follows:

1. For the reasons stated on the record during the Conference, Cengage's motion to
compel further deposition testimony of non-party witness Juli Saitz ("Ms. Saitz") (ECF
No. 162 (the "Motion")) is DENIED WITHOUT PREJUDICE.  While, pursuant to Federal
Rule of Civil Procedure 26(b)(4)(D), Cengage would have been entitled to ask Ms. Saitz
about information she acquired or opinions she formed before Plaintiffs engaged her
as a non-testifying expert,  see Nelco Corp. v. Slater Elec. Inc., 80 F.R.D. 411, 416
(E.D.N.Y. 1978); Atari Corp. v. Sega of Am., 161 F.R.D. 417, 421 (N.D. Cal. 1994)
("Therefore, as the parties substantially agree, an expert may be deposed concerning
information acquired or opinions formed prior to his employment by a party."),
Cengage had an opportunity to ask such questions during her deposition and has
failed to demonstrate why, in the face of Plaintiffs' counsel's objections, it did not
formulate questions designed to solicit the information to which Cengage was

entitled.  Furthermore, Cengage has not persuaded the Court that, even if Ms. Saitz had additional information acquired or opinions formed before Plaintiffs engaged her as a non-testifying expert, how such information and opinions are pertinent to class certification.  To the extent Cengage were to determine that such information and opinions were pertinent to the merits of Plaintiffs' claims, they may renew their Motion at the appropriate time.  Accordingly, the Motion is DENIED WITHOUT PREJUDICE.

2. The parties shall order a transcript of the Conference and file it on the docket.  The parties shall complete the annexed transcript request form and submit one request to: etranscripts@nysd.uscourts.gov, by **Monday, November 7, 2022**.

Dated:      New York, New York            SO ORDERED.
            November 4, 2022

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
### (prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |