## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
_____

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
_____

ALEX AIKEN
DIRECT DIAL (206) 505-3813

---

> Plaintiffs' letter-motion seeking to file under seal (i) Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and (ii) accompanying exhibits 77, 78, 80, 89, and 90 (ECF No. 194) is GRANTED, and the documents at ECF Nos. 195 and 196-1, 196-2, 196-4, and 196-14 shall remain visible only to the selected parties. The documents at ECF Nos. 196, 196-3, and 196-5 – 196-13 shall be made viewable to the public.
>
> The Clerk of Court is respectfully directed to close ECF No. 194.
>
> SO ORDERED 02/15/23
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

February 14, 2023

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

We write on behalf of Plaintiffs Douglas Bernstein, Edward Roy, Louis Penner, and Ross Parke, as personal representative of the Estate of Alison Clarke-Stewart ("Plaintiffs"). Pursuant to the terms of the Stipulated Protective Order (Dkt. 49, ¶ 10) and your Honor's Individual Practice I.G.2., we respectfully seek leave to file 1) Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and 2) accompanying Exhibits 77, 78, 80, 89, and 90 under seal. Plaintiffs' Memorandum of Law and the foregoing exhibits reference or contain information that the Court has previously sealed (*see* Dkt. Nos. 176 & 187) and/or that Cengage has designated as "Confidential" or "Attorney's Eyes Only." Plaintiffs will file unredacted versions via ECF using the "Selected Parties" viewing level. Plaintiffs take no position as to whether redactions or sealing are appropriate.

Respectfully submitted,

*/s/ Alexander W. Aiken*

Alexander W. Aiken

Cc:   All counsel or record