UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNSTEIN, et al.,

                Plaintiffs,

-v-

CENGAGE LEARNING, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, March 3, 2023 (the "Conference"), the Court orders as follows:

1. A telephonic conference will be held on **Monday, March 6, 2023 at 5:00 p.m.** on the court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time

1. The parties shall order a transcript of the Conference and file it on the docket. The parties shall complete the annexed transcript request form and submit one request to: etranscripts@nysd.uscourts.gov, by **Monday, March 6, 2023**.

Dated:    New York, New York
           March 3, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge