UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNSTEIN, et al., | |
| | Plaintiffs, |
| -v- | |
| CENGAGE LEARNING, INC., | |
| | Defendant. |

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 234 to file the documents at ECF No. 233 with redactions is

GRANTED.  The documents at ECF No. 235 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 234.

Dated:       New York, New York
             April 24, 2023                              SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge