UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al.,<br><br>                        Plaintiffs,<br><br>  -v-<br><br>CENGAGE LEARNING, INC.,<br><br>                        Defendant. | CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 237 to file the documents at ECF No. 239 with redactions is GRANTED.  The documents at ECF No. 238 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 237.

Dated:       New York, New York
               May 2, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge