UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS BERNSTEIN, et al.,

                Plaintiffs,

-v-

CENGAGE LEARNING, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF No. 244 and ECF No. 246 to file the documents at ECF No. 245 and ECF No. 247 with redactions are GRANTED. The documents at ECF No. 245 and ECF No. 247 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 244 and ECF No. 246.

Dated:        New York, New York
                May 16, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge