UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS BERNSTEIN, et al.,

                    Plaintiffs,

  -v-

CENGAGE LEARNING, INC.,

                    Defendant.

CIVIL ACTION NO.: 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 255 to file the transcript at ECF No. 253 with redactions is GRANTED. The transcript at ECF No. 253 and the proposed redacted transcript at ECF No. 256 shall remain as only visible to the selected parties. By **June 9, 2023**, the parties shall file publicly the redacted version of the transcript.

The Clerk of Court is respectfully directed to close ECF No. 255. As the parties have not filed a request to redact the portion of the hearing transcript at ECF No. 251, the Clerk of Court is respectfully directed to make the transcript at ECF No. 251 available to the public.

Dated:     New York, New York
            June 5, 2023

                                                          SO ORDERED.

                                                          _/s/ Sarah L. Cave_____
                                                          SARAH L. CAVE
                                                          United States Magistrate Judge