<div style="text-align:center">

**SUSMAN GODFREY L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

</div>

| | | |
|---|---|---|
| Suite 5100<br>1000 Louisiana Street<br>Houston, Texas 77002-5096<br>(713) 651-9366 | Suite 3800<br>1201 Third Avenue<br>Seattle, Washington 98101-3000<br>(206) 516-3880 | 32nd Floor<br>1301 Avenue of the Americas<br>New York, New York 10019-6023<br>(212) 336-8330 |

Rohit Nath
Direct Dial (310) 789-3138

E-Mail RNath@susmangodfrey.com

May 15, 2023

---

**Plaintiffs' sealing request at ECF No. 272 is GRANTED. The document filed at ECF No. 273 shall remain as visible only to the selected parties.**

**The Clerk of Court is respectfully directed to close ECF No. 272.**

**SO ORDERED.   8/14/2023**

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

  We write, pursuant to the terms of the Stipulated Protective Order (Dkt. 49, ¶ 10) and your Honor's Individual Practice I.G.2., to respectfully seek leave to file Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge Cave's Report and Recommendation on Plaintiffs' Motion for Class Certification with redactions. The redacted portions of Plaintiffs' Response reference documents and information that Cengage has designated as "Confidential" or "Attorney's Eyes Only" and has sought leave to seal. Dkt. 266. Plaintiffs will file unredacted versions via ECF using the "Selected Parties" viewing level. Plaintiffs take no position as to whether redactions or sealing are appropriate and reserve the right to challenge Cengage's confidentiality designations.

<div style="margin-left:50%">

Respectfully,

*/s/ Rohit D. Nath*

Rohit Nath

</div>

cc:   All attorneys of record, via ECF