UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al.,<br><br>                Plaintiffs,<br><br>-v-<br><br>CENGAGE LEARNING, INC.,<br><br>                Defendant. | CIVIL ACTION NO. 19 Civ. 7541 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 4, 2023**, the parties shall meet and confer and file a joint letter on the docket setting forth proposed next steps in this action, including a proposed schedule and deadline for the completion of discovery.

Dated:      New York, New York
              September 29, 2023

                                                                                                     SO ORDERED.

                                                                                                          _/s/ Sarah L. Cave_
                                                                                                          SARAH L. CAVE
                                                                                                          United States Magistrate Judge