UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al.,<br><br>                     Plaintiffs,<br><br>  -v-<br><br>CENGAGE LEARNING, INC.,<br><br>                     Defendant. | CIVIL ACTION NO. 19 Civ. 7541 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the joint status letter filed by the parties on October 18, 2023. (ECF No. 283 (the "Letter")). The proposed schedule for the completion of fact and expert discovery and dispositive motions is ADOPTED IN PART, as follows:

1. By **October 27, 2023**, the parties shall file a joint letter on the docketed providing an update as to the status of mediation efforts.

2. By **April 16, 2024**, the parties shall complete fact discovery. By **April 23, 2024**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

3. By **July 12, 2024**, the parties shall complete expert discovery. By **July 19, 2024**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

    a. By **May 7, 2024**, Plaintiffs shall serve expert disclosures and reports.

    b. By **May 10, 2024**, Plaintiff shall serve materials relied upon by experts not previously produced.

    c. By **May 28, 2024**, Defendant shall serve expert disclosures and reports.

    d. By **May 31, 2024**, Defendant shall serve materials relied upon by experts not previously produced.

    e. By **June 11, 2024**, Plaintiffs shall serve rebuttal expert disclosures.

    f. By **June 14, 2024**, Plaintiffs shall serve materials relied upon by rebuttal experts not previously produced.

4. To the extent that the parties seek to file summary judgment or <u>Daubert</u> motions following the close of expert discovery, the parties are referred to the Individual Practices of Andrew L. Carter, Jr., which require, <u>inter alia</u>, the moving parties to file pre-motion letters. Any application for leave to make such motions or to establish a briefing schedule should be made to Judge Carter.

5. A telephonic status conference is scheduled for **Monday, March 11, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 283.

Dated:     New York, New York
             October 19, 2023

SO ORDERED.

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

2