# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, ELAINE INGULLI, TERRY HALBERT, EDWARD ROY, LOUIS PENNER, and ROSS PARKE, as personal representative of THE ESTATE OF ALISON CLARKE-STEWART, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENGAGE LEARNING, INC.,<br><br>Defendant. | Civil Action No. 19-cv-7541-ALC-SLC<br><br>**STIPULATION AND ORDER MEMORIALIZING AGREEMENT OF THE PARTIES WITH RESPECT TO MEDIATION AND PROPOSED CLASS NOTICE (DKT. NO. 286)** |

Pursuant to the Court's October 30, 2023 Order regarding the agreement of the parties with respect to mediation and proposed class notice, (Dkt. No. 286), the parties jointly stipulate as follows:

1. The parties will mediate before The Hon. Suzanne H. Segal (Ret.) of Signature Resolution, on December 15, 2023, in Los Angeles, California.

2. To avoid the possibility of duplicative or overlapping class notice in the event that mediation is successful, the parties agree that:

    a. If mediation is unsuccessful, Plaintiffs will file a motion for approval of the form and manner of class notice within one week of the mediation session; and

    b. If mediation is successful, Plaintiffs will file a motion for preliminary approval of the class action settlement, along with a motion for approval of the form and manner of class notice, no later than two weeks after the parties file a notice of settlement.

1

3. Cengage agrees that it will not communicate with absent class members about waiving or releasing any claims or otherwise limiting their rights to recover from this action, without first:

   a. Notifying the class members about this action, providing the class members a copy of the operative complaint (Dkt. No. 121) and order certifying the class (Dkt. No. 279), and providing contact information for class counsel; and

   b. Notifying class counsel and providing contact information and applicable publishing agreements for the class members (to the extent Cengage is able to locate the applicable publishing agreement(s) after a diligent search).

4. The parties agree that Cengage may otherwise continue conducting its business and communicating with all authors, including buy-outs and/or waiver of rights that do not impact any class members' ability to participate in this class action.

SO STIPULATED AND AGREED.

Dated: November 10, 2023

| | |
|---|---|
| */s/ Rohit D. Nath* | */s/ Christopher Chorba* |
| Kalpana Srinivasan (admitted *pro hac vice*) | Christopher Chorba (admitted *pro hac vice*) |
| Steven G. Sklaver (admitted *pro hac vice*) | Alexander N. Harris (admitted *pro hac vice*) |
| Rohit D. Nath (admitted *pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| SUSMAN GODFREY L.L.P. | 333 South Grand Avenue |
| 1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90071 |
| Los Angeles, CA 90067-6029 | Telephone: 213-229-7396 |
| Telephone: 310-789-3100 | Facsimile: 213-229-6396 |
| Facsimile: 310-789-3150 | CChorba@gibsondunn.com |
| ksrinivasan@susmangodfrey.com | AHarris@gibsondunn.com |
| ssklaver@susmangodfrey.com | |
| rnath@susmangodfrey.com | Michael Hugh Gibson |
| | Glenn C. Edwards |
| Chanler A. Langham | DUANE MORRIS LLP |
| SUSMAN GODFREY L.L.P. | 230 Park Avenue |
| 1000 Louisiana Street, Suite 5100 | Ste 1130 |
| Houston, TX 77002-5096 | New York, NY 10169 |
| Telephone: 713-651-9366 | Telephone: 212-818-9200 |

<div style="columns:2">

Facsimile: 713-654-6666
clangham@susmangodfrey.com

Alexander W. Aiken (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
aaiken@susmangodfrey.com

*Class Counsel*

Facsimile: 212-818-9606
MHGibson@duanemorris.com
GCEdwards@duanemorris.com

*Attorneys for Defendant*

</div>

SO ORDERED.   November 13, 2023

_____
Sarah L. Cave
United States Magistrate Judge