UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS BERNSTEIN, et al.,

                Plaintiffs,

-v-

CENGAGE LEARNING, INC.,

                Defendant.

CIVIL ACTION NO. 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's sealing request at ECF No. 266 is GRANTED. The unredacted documents filed at ECF No. 267 shall remain as visible only to the parties and the Court, and the redacted documents filed at ECF No. 268 shall remain as visible to the public.

The Clerk of Court is respectfully directed to close ECF No. 266.

Dated:      New York, New York
              December 19, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge