# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

January 19, 2024

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> By **February 2, 2024**, the parties shall file a joint status letter reporting on the status of the mediation.
>
> SO ORDERED.    1/19/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Bernstein, et al. v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's December 19, 2023 Order ordering the parties to "file a joint letter reporting on the status of mediation," Dkt. No. 290, the parties write to notify the Court that they have continued to mediate with the assistance of The Hon. Suzanne H. Segal (Ret.) of Signature Resolution over the last month. While no agreement has been reached, the parties have made progress since the last status report to the Court and are continuing their settlement efforts, under the supervision of the mediator. Given the status of settlement discussions, either the parties will file a notice of settlement with the Court by February 2, 2024, or Plaintiffs will file a motion for approval of the form and manner of class notice by February 9, 2024. The agreements of Paragraphs 3 and 4 of the November 13, 2023 Stipulation and Order (Dkt. No. 288) remain in effect.

Respectfully submitted,

Alexander W. Aiken

Cc:    All counsel or record