# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| Suite 5100<br>1000 Louisiana Street<br>Houston, Texas 77002-5096<br>(713) 651-9366 | Suite 1400<br>1900 Avenue of the Stars<br>Los Angeles, California 90067-6029<br>(310) 789-3100 | 32nd Floor<br>1301 Avenue of the Americas<br>New York, New York 10019-6023<br>(212) 336-8330 |

Alex Aiken
Direct Dial (206) 505-3813

E-Mail AAiken@susmangodfrey.com

February 2, 2024

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein, et al. v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's order on January 19, 2024, Dkt. No. 293, we write with a status update on the parties' settlement negotiations. The parties continue to make significant progress in settlement discussions, but have not yet achieved a settlement-in-principle. If the parties are unable to do so next week, Plaintiffs will file a motion for approval of the form and manner of class notice by February 16, 2024.

Respectfully submitted,

Alexander W. Aiken

Cc:   All counsel or record