## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

February 2, 2024

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> By **February 16, 2024**, the parties shall file a joint status letter reporting on the status of the mediation.
>
> SO ORDERED.   2/2/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Bernstein, et al. v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's order on January 19, 2024, Dkt. No. 293, we write with a status update on the parties' settlement negotiations. The parties continue to make significant progress in settlement discussions, but have not yet achieved a settlement-in-principle. If the parties are unable to do so next week, Plaintiffs will file a motion for approval of the form and manner of class notice by February 16, 2024.

Respectfully submitted,

Alexander W. Aiken

Cc:     All counsel or record