**MANDATE**

S.D.N.Y. — N.Y.C.
19-cv-7541
Carter, J.
Cave, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand twenty-four.

Present:
> Pierre N. Leval,
> Susan L. Carney,
> Richard J. Sullivan,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2024

Cengage Learning, Inc.,

> *Petitioner*,

v.                                                                                      23-7357

Douglas Bernstein, et al.,

> *Respondents*.

Petitioner requests, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order granting class certification.   Petitioner also moves for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/08/2024