**SUSMAN GODFREY L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000

401 UNION STREET

SEATTLE, WASHINGTON 98101-3000

(206) 516-3880

FAX (206) 516-3883

WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

ALEX AIKEN

DIRECT DIAL (206) 505-3813

E-MAIL AAIKEN@SUSMANGODFREY.COM

February 16, 2024

**Via ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bernstein, et al. v. Cengage Learning, Inc.*, Case No. 1:19-cv-07541-ALC-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's order on February 2, 2024, Dkt. No. 295, the parties write to update the Court that, following the parties' letter of the same date, the parties continued settlement discussions but were unable to reach agreement. The parties are meeting and conferring concerning the form and manner of class notice. Plaintiffs will file a motion for approval of the form and manner of class notice by February 28, 2024. To the extent Cengage opposes Plaintiffs' motion in any respect, the parties will propose a briefing schedule.

Respectfully submitted,

Alexander W. Aiken

Cc:   All counsel of record