UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, ELAINE INGULLI, TERRY HALBERT, EDWARD ROY, LOUIS PENNER, and ROSS PARKE, as personal representative of THE ESTATE OF ALISON CLARKE-STEWART, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENGAGE LEARNING, INC.,<br><br>Defendant. | Civil Action No. 19-cv-7541-ALC-SLC |

## ORDER GRANTING MOTION TO STAY ALL DEADLINES

Before the Court is the Parties' Joint Notice of Settlement and Motion to Stay All Deadlines (the "Motion"). Having considered the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. All deadlines in this case are hereby **STAYED**, and the telephone conference scheduled for Monday, October 7, 2024 is **ADJOURNED** sine die.

The Clerk of Court is respectfully directed to close ECF No. 316.

DATED: September __19__, 2024

_____
Sarah L. Cave
United States Magistrate Judge

1