UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS BERNSTEIN, et al.,

                Plaintiffs,

-v-

CENGAGE LEARNING, INC.,

                Defendant.

CIVIL ACTION NO. 19 Civ. 7541 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 18, 2024, the parties filed a Joint Motion to Stay and Notice of Settlement. (ECF No. 16 (the "Motion to Stay")). In the Motion to Stay, the parties indicated that they "anticipate[d] executing a long-form settlement agreement no later than October 4, 2024, and moving for preliminary approval of the agreement fourteen days after the long-form agreement [was] executed." (Id.) The parties have not filed their anticipated motion for preliminary approval, and their proposed date for doing so has passed. Accordingly, by **Wednesday, October 30, 2024,** the parties shall file a joint letter regarding the status of their settlement agreement and anticipated motion for preliminary approval.

Dated:     New York, New York
            October 25, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge