UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DOUGLAS BERNSTEIN, ELAINE INGULLI, :
TERRY HALBERT, EDWARD ROY, LOUIS :
PENNER, AND ROSS PARKE, AS PERSONAL :
REPRESENTATIVE OF THE ESTATE OF ALISON :    1:19-cv-07541 (ALC)
CLARKE-STEWART, ON BEHALF OF :
THEMSELVES AND OTHERS SIMILARLY :    **CONFERENCE ORDER**
SITUATED, :
                     *Plaintiffs*, :
:
   -against- :
:
CENGAGE LEARNING, INC,                x

                     *Defendant*.
-------------------------------------------------------------------

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on Wednesday, February 26, 2025 at 3 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated: November 25, 2024
      New York, New York                                  **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**