UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS BERNSTEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CENGAGE LEARNING, INC.,<br><br>Defendant. | Civil Action No. 19-cv-7541-ALC |

## DECLARATION OF DANA B. KLINGES

1.  I am a partner at the law firm Duane Morris LLP, which represents defendant Cengage Learning, Inc. ("Cengage") in the above-captioned action.

2.  Pursuant to 28 U.S.C. § 1715 and the Settlement Agreement in this action, Cengage retained RG2 Claims Administration LLC ("RG2") for the purpose of sending notice of the settlement to certain Attorneys General (the "CAFA Notice").

3.  RG2 mailed the CAFA Notice in the form attached as Exhibit A, with the attachments specified in the cover letter but not included here, to 52 state and territory Attorneys General and the Attorney General of the United States. This mailing was completed on November 14, 2024.

4.  RG2 has informed Cengage that, as of the date of this Declaration, it has not received any inquiries from any Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

DUANE MORRIS LLP

*/s/ Dana B.Klinges*
Dana B. Klinges
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1143
dklinges@duanemorris.com

Dated: February 19, 2025

# EXHIBIT A

November 14, 2024

Via «Via_Mail»

«First» «Last», «Esquire»
«Title»
«Street_1»
«Street2»
«City», «State1» «Zip»

Re:   *Douglas Bernstein, Elaine Ingulli, Terry Halbert, Edward Roy, Louis Penner, and Ross Parke, as personal representative of The Estate of Alison Clarke-Stewart, on behalf of themselves and others similarly situated vs. Cengage Learning, Inc.*
Case No. 19-cv-7541-ALC-SLC
In the United States District Court for the Southern District of New York
Notice of Proposed Settlement

To the Honorable «First» «Last», Esq.:

Pursuant to the Class Action Fairness Act of 2005 (specifically 28 U.S.C.A. § 1715), Defendant, *Cengage Learning, Inc.,* through its vendor, RG/2 Claims Administration LLC, hereby gives notice in the above-captioned matter (the "Action") of the following:

1. Pursuant to the requirements under the Class Action Fairness Act of 2005, copies of the following documents are contained on the CD-Rom included herein:

    a. Exhibit 1:   Class Action Complaint filed on August 12, 2019;

    b. Exhibit 2:   First Amended Class Action Complaint filed on October 8, 2021;

    c. Exhibit 3:   Notice of Plaintiffs' Motion for Preliminary Approval and Class Certification filed on November 8, 2024;

    d. Exhibit 4:   Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval and Class Certification filed on November 8, 2024;

    e. Exhibit 5:   Declaration of Chanler A. Langham in Support of Plaintiffs' Motion for Preliminary Approval and Class Certification filed on November 8, 2024;

    f. Exhibit 6:   Joint Stipulation and Settlement Agreement filed on November 8, 2024;



    g. Exhibit 7: Declaration of Hon. Suzanne H. Segal (Ret.) in Support of Plaintiffs' Motion for Preliminary Approval of Settlement filed on November 8, 2024;

    h. Exhibit 8: Declaration of Tiffaney A. Janowicz Regarding Notice to Class Members filed on November 8, 2024;

    i. Exhibit 9: [Proposed] Order Preliminary Approving Class Action Settlement and Certifying Class filed on November 8, 2024;

    j. Exhibit 10: Approximate Class Members Per State of Residency.

2. The Settlement Class is defined as:

"All authors of royalty-bearing works who entered into a publishing agreement with Cengage Learning, Inc., or one of its predecessors-in-interest, and whose royalty-bearing works have (a) been sold as a component of a MindTap product and have been assigned a Digital Royalty Allocation other than 100%; or (b) been available on Cengage Unlimited. This definition includes heirs and assigns of authors in the Settlement Class and excludes: (1) Defendant Cengage and its officers and directors, members of their immediate families, and the heirs, successors, or assigns of any of the foregoing; (2) the Court, the Court's immediate family, and Court staff, as well as any appellate court to which this matter is ever assigned and the staff and immediate family members of the Court; (3) any Opt-Outs; and (4) any and all persons with whom Cengage previous settled, and who have released Cengage from, the claims at issue in this Action."

3. It is not feasible to provide the information under 28 U.S.C. § 1715(b)(7)(A) at this time. The amounts recovered by each individual member will vary and have not yet been calculated. Exhibit 10, on the enclosed CD-ROM, provides a table of the Approximate Class Members per State of Residency and the estimated proportionate share of the claims of such members to the entire settlement, pursuant to 28 U.S.C. § 1715(b)(7)(B).

4. There are no other settlement or other agreements between class counsel and counsel for defendants pursuant to 28 U.S.C. § 1715(b)(5).

5. The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no document is presently available pursuant to 28 U.S.C. § 1715(b)(6).

6. Finally, there are no relevant written judicial opinions pursuant to 28 U.S.C. § 1715(b)(8).

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact RG/2 Claims Administration LLC at 215-979-1620.

    Sincerely,

    RG/2 Claims Administration LLC