UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
DOUGLAS BERNSTEIN, ELAINE INGULLI, TERRY HALBERT, EDWARD ROY, LOUIS PENNER, AND ROSS PARKE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALISON CLARKE-STEWART, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,

      *Plaintiffs*,

 -against-

CENGAGE LEARNING, INC,

      *Defendant*.
--------------------------------------------------------------------

1:19-cv-07541 (ALC)

**AMENDED CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

 The Court will hold a telephonic conference in this action on Wednesday, February 26, 2025 at 2 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: February 21, 2025**
   **New York, New York**

          **ANDREW L. CARTER, JR.**
          **United States District Judge**